DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JASON GAUDET,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-1189

_____

December 15, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Kimberly Campbell, Judge.

PER CURIAM.

Affirmed.

VILLANTI, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.